In the Matter of the Claim of ANNA BRENNAN et al., Respondents, against HOCKENSMITH CONSTRUCTION Co., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued September 27, 1939; decided October 17, 1939.

*Esmond D. Murphy* for appellants.

*John J. Bennett, Jr., Attorney-General* (*Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.